IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARLENE E. DAWSON,<br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br>Defendant. | CIVIL ACTION<br><br><br><br><br>NO. 13-4731 |

## ORDER

AND NOW, this 2nd day of April, 2014, upon consideration the Complaint and Request for Review filed by plaintiff, Darlene E. Dawson, the record in this case, Defendant's Uncontested Motion to Remand, and the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated March 12, 2014, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated March 12, 2014, is **APPROVED AND ADOPTED**;

2. Defendant's Uncontested Motion to Remand is **GRANTED**;

3. The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings in accordance with the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated March 12, 2014.

BY THE COURT:

_____
DuBOIS, JAN E., J.